**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Ronnie D. RAINEY, Defendant–
Appellant.**

**No. 14–7666.**

United States Court of Appeals,
Fourth Circuit.

Submitted: Sept. 11, 2015.

Decided: Sept. 16, 2015.

Ronnie D. Rainey, Appellant Pro Se.
Jason Harris Cowley, Evan Rikhye, Assistant United States Attorneys, Shailika S.
Kotiya, Office of the United States Attorney, Raleigh, North Carolina, for Appellee.

Before GREGORY, DUNCAN, and
DIAZ, Circuit Judges.

Dismissed in part; affirmed in part by
unpublished PER CURIAM opinion.

Unpublished opinions are not binding
precedent in this circuit.

PER CURIAM:

Ronnie D. Rainey seeks to appeal the
district court's October 29, 2014 order denying his motion to reconsider the court's
July 9, 2014 order that denied his filing as
a successive 28 U.S.C. § 2255 (2012) motion for which Rainey failed to first obtain
authorization from this court. The July 9
order also noted that, to the extent that
Rainey sought relief under Fed.R.Civ.P.
59(e), he failed to show entitlement to relief under the Rule. The court's October 29
order specifically denied relief for the reasons explained in its July 9 order.

Generally an order in a § 2255 proceeding is not appealable unless a circuit justice or judge issues a certificate of appealability. 28 U.S.C. § 2253(c)(1)(B) (2012).
A certificate of appealability will not issue
absent "a substantial showing of the denial
of a constitutional right." 28 U.S.C.
§ 2253(c)(2) (2012). When the district
court denies relief on the merits, a prisoner satisfies this standard by demonstrating
that reasonable jurists would find that the
district court's assessment of the constitutional claims is debatable or wrong. *Slack
v. McDaniel,* 529 U.S. 473, 484, 120 S.Ct.
1595, 146 L.Ed.2d 542 (2000); *see Miller–
El v. Cockrell,* 537 U.S. 322, 336–38, 123
S.Ct. 1029, 154 L.Ed.2d 931 (2003). When
the district court denies relief on procedural grounds, the prisoner must demonstrate
both that the dispositive procedural ruling
is debatable, and that the motion states a
debatable claim of the denial of a constitutional right. *Slack,* 529 U.S. at 484–85,
120 S.Ct. 1595. We have independently
reviewed the record and conclude that Rainey has not made the requisite showing
regarding the district court's denial of his
motion for relief under Rule 59(e). Accordingly, we deny a certificate of appealability and dismiss this part of the appeal.

As to that portion of the district court's
order denying Rainey's Fed.R.Civ.P. 60
motion as a successive § 2255 motion, however, we recently held that no certificate of
appealability is required in order for this
court to address the district court's jurisdictional categorization of a Rule 60(b) motion "as an unauthorized successive habeas
petition." *United States v. McRae,* 793
F.3d 392, 400 (4th Cir.2015). We find no
error in the district court's conclusion that
Rainey sought successive § 2255 relief,
without authorization from this court, and
the district court therefore lacked jurisdic-

tion to consider this motion. 28 U.S.C. § 2244(3)(A) (2012). Thus, to the extent Rainey seeks review of the district court's successiveness finding, we affirm.

*DISMISSED IN PART; AFFIRMED IN PART.*